FILED
United States Court of Appeals
Tenth Circuit

October 18, 2019

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JAMES EARLEY,

    Defendant - Appellant.

No. 19-1239
(D.C. No. 1:18-CR-00570-PAB-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT***
_____

Before **TYMKOVICH**, Chief Judge, **HOLMES** and **PHILLIPS**, Circuit Judges.
_____

James Earley pleaded guilty to one count of concealment of an event affecting

entitlement to social security benefits. The district court sentenced him to three

years' probation. Although Mr. Earley's plea agreement included a waiver of his

right to appeal, he filed this appeal. The government has moved to enforce the

appeal waiver under *United States v. Hahn*, 359 F.3d 1315 (10th Cir. 2004) (en banc)

(per curiam). Through his counsel, Mr. Earley concedes that the appeal waiver bars

this appeal and no exception set forth in *Hahn* applies. Based on this concession and

_____

    * This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel. It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

our independent review of the record, we grant the government's motion and dismiss the appeal.

Entered for the Court
Per Curiam